AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ERIC CHEVELLE JONES,

        Plaintiff,

v.                                            Civil Action No. 1:21-cv-00126

DENIS MCDONOUGH,
Secretary, Department of Veterans Affairs,

        Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____.

☒ Other: Judgment ENTERED in favor of Defendant Denis McDonough, Secretary, Department of Veterans Affairs and against Plaintiff Eric Chevelle Jones.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Holly A. Brady on a Motion to Dismiss for Failure to State a Claim or Alternatively for Summary Judgment by Defendant.

DATE: January 18, 2022                              GARY T. BELL, CLERK OF COURT

                                                          By: s/ L. Higgins-Conrad
                                                              *Signature of Deputy Clerk*